■ CHARLES G. MICHAELS et al., Appellants, v MATTHEW DRAKE et al., Respondents. (Appeal No. 1.) [992 NYS2d 662]— Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered June 4, 2013. The order dismissed the complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.